**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 23-689-JFW(JCx)**                                        Date:  November 8, 2023

Title:        Robert Panlilio *-v-* Edward Young Han et al

**PRESENT:**
            **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                        **None Present**
   **Courtroom Deputy**                                   **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                 None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: SANCTIONS**

    In the Court's April 4, 2023 Scheduling and Case Management Order ("CMO"), the Court set August 14, 2023, as the last day to conduct a Settlement Conference, and August 18, 2023, as the last day to file a Joint Report Re: Results of Settlement Conference.  Based on Plaintiff Robert Panlilio's ("Plaintiff") Status Report Regarding Court Ordered Mediation (Docket No. 24) and Defendants Edward Young Han and Three Cup Yard Real Estate, LLC's Status Report Re Status of Mediation (Docket No. 28), the parties have violated the Court's CMO by failing to conduct a settlement conference by the Court ordered deadline of August 14, 2023.

    Accordingly, the parties are ordered to show cause in writing by **November 13, 2023,** why the Court should not should not impose sanctions in the amount of $1,500.00 against each of them for their violation of the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

    IT IS SO ORDERED.