**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 23-689-JFW(JCx)**                                    Date:  November 27, 2023

Title:    Robert Panlilio *-v-* Edward Young Han et al

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                                                None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER STRIKING JOINT PROPOSED JURY INSTRUCTIONS [filed 11/22/23; Docket No. 70];**

**ORDER STRIKING JOINT VERDICT FORM [filed 11/22/23; Docket No. 71]; and**

**ORDER TO SHOW CAUSE RE: JURY INSTRUCTIONS AND VERDICT FORMS**

The Joint Proposed Jury Instructions (Docket No. 70) and Joint Verdict Form (Docket No. 71) are **STRICKEN**.  Lead Counsel are ordered to show cause, in writing, on or before November 28, 2023, why they should not be sanctioned in the amount of $1,500 for their failure to file the Joint Proposed Jury Instructions and Joint Verdict Forms in accordance with paragraph 6(f) of the Court's Scheduling and Case Management Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.