**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | |
|---|---|
| Case No.  **CV 23-689-JFW(JCx)** | Date:  November 27, 2023 |

Title:    Robert Panlilio -v- Edward Young Han et al

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: JOINT EXHIBIT LIST**

   Lead Counsel are ordered to show cause, in writing, on or before November 28, 2023, why the "Joint Exhibit List" (which should have been entitled "Joint Pretrial Exhibit Stipulation"), filed November 22, 2023 (Docket No. 68), should not be stricken and why counsel should not be sanctioned in the amount of $1,500 for failing to comply with paragraph 6(e) of the Court's Scheduling and Case Management Order regarding the preparation of the Pretrial Exhibit Stipulation.  No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the striking of the Joint Exhibit List and the imposition of sanctions.

   IT IS SO ORDERED.